Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff
Strike 3 Holdings, LLC*

**GRANTED**
Judge Yvonne Gonzalez Rogers
2/8/2022

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.70.164.239,<br><br>　　　　　　Defendant. | Case Number: 4:21-cv-09216-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.70.164.239** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.70.164.239, are voluntarily dismissed with prejudice.

Dated:  January 31, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　By: */s/ Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　LAW OFFICES OF LINCOLN BANDLOW, PC
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*